IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TONY BARNES | : |
| Plaintiff | : |
| v. | : Civil No. AW-09-CV-2507 |
| MONTGOMERY COUNTY, MARYLAND, et al. | : |
| Defendants | : |
| | : |

## JOINT PROPOSED MODERN FEDERAL JURY INSTRUCTIONS

Plaintiff, Tony Barnes, and Defendants, Montgomery County, Maryland, and Montgomery County police officers Ringo Lagos, Sandra Moss, and Brandon Wyzga, by and through their undersigned attorneys, propose the following Modern Federal Jury Instructions, and Maryland Pattern Jury Instructions:

Proposed Modern Federal Jury Instruction List:

| | |
|---|---|
| MFJI 71-1 | Juror Attentiveness |
| MFJI 71-2 | Role of the Court |
| MFJI 71-3 | Role of the Jury |
| MFJI 71-4 | Juror Oath |
| MFJI 71-5 | Jury to Disregard Court's View |
| MFJI 71-6 | Conduct of Counsel |
| MFJI 71-7 | Reprimand of Counsel for Misconduct (only if needed) |
| MFJI 71-8 | Common Counsel and Counsel Cooperation |
| MFJI 71-9 | Race, Religion, National Origin, Sex or Age |
| MFJI 71-10 | Sympathy |
| MFJI 74-1 | What Is and Is not Evidence |
| MFJI 74-2 | Direct and Circumstantial Evidence |
| MFJI 74-4 | Stipulation of Facts |
| MFJI 74-13 | Interrogatories |
| MFJI 74-14 | Depositions |
| MFJI 76-1 | Witness Credibility |

| | |
|---|---|
| MFJI 76-2 | Bias |
| MFJI 76-3 | Interest in Outcome |
| MFJI 76-4 | Discrepancies in Testimony |
| MFJI 76-5 | Impeachment by Prior Inconsistent Statements |
| MFJI 77-1 | Consider Damages Only if Necessary |
| MFJI 77-2 | Multiple Claims – Multiple Defendants |
| MFJI 77-3 | Compensatory Damages |
| MFJI 77-4 | Calculation of Past Damages |
| MFJI 78-1 | Right to See Exhibits and Hear Testimony; Communications With Court |
| MFJI 78-3 | Duty to Deliberate/Unanimous Verdict |
| MFJI 78-4 | Deadlock Charge: Reaching Agreement |
| MFJI 78-5 | Selection of Foreperson |
| MFJI 78-6 | Return of Verdict |
| MFJI 78-9 | Special Verdict |
| MFJI 87-65 | The Statute; 42 U.S.C. §1983 |
| MFJI 87-66 | Purpose of the Statute |
| MFJI 87-67 | Plaintiff's Burden of Proof |
| MFJI 87-68 | Essential Elements of a Section 1983 Claim |
| MFJI 87-69 | Definition – Action Under Color of State Law |
| MFJI 87-70 | State Official Acting Under Color of State Law as a Matter of Law |
| MFJI 87-74 | General Instruction – Deprivation of Right |
| MFJI 87-74A | Unlawful Arrest |
| MFJI 87-74C | Excessive Force |
| MFJI 87-74E | Malicious Prosecution |
| MFJI 87-75 | State of Mind --General |
| MFJI 87-76 | State of Mind--Intentional |
| MFJI 87-77 | State of Mind--Recklessness |
| MFJI 87-79 | Proximate Cause--Generally |
| MFJI 87-79A | Short Form Section 1983 Instruction (Excessive Force) (substitute "police officer" for "corrections officer") |
| MFJI 87-86 | Qualified Immunity |
| MFJI 87-87 | Compensatory Damages |
| MFJI 87-88 | Nominal Damages |
| MFJI 87-89 | Causation of Damages |
| MFJI 87-91 | Double Recovery and Compensatory Damages |

Maryland Pattern Jury Instructions:

| | |
|---|---|
| MPJI 15:2 | Battery |
| MPJI 15:5 | Battery – Affirmative Defenses – Police Officers |
| MPJI 15:6 | False Imprisonment and Arrest – Definitions |
| MPJI 15:9 | False Imprisonment-Arrest Without a Warrant-Police Officer |
| MPJI 15:10 | False Arrest-Police Officer-Qualified Immunity |
| MPJI 17:1 | Malicious Prosecution (Elements of Liability) |

Plaintiff's Proposed Additional Maryland Pattern Jury Instructions:

MPJI 17:4    Malice

Defendants' Proposed Additional Modern Federal Jury Instructions:

MFJI 76:6    Impeachment by Felony Conviction

Defendants reserve the right to offer or modify their proposed instructions to conform to the evidence introduced at the trial.

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

| /s/ | /s/ |
|---|---|
| Michael P. Coyle, Esq. | Patricia P. Via |
| CHAIFETZ & COYLE | (signed by Christine M. Collins. with the permission of Patricia P. Via) |
| Bar No 16202 | Chief, Division of Litigation - Self-Insurance |
| 7164 Columbia Gateway Drive, Suite 205 | |
| Columbia, MD 21046 | |
| Attorney for Plaintiff | Federal Bar No. 04829 |
| Ph: (443) 546-4608  Fax: (443) 546-4621 | Patricia.Via@montgomerycountymd.gov |

/s/
Christine M. Collins
Associate County Attorney
Bar No. 14345
Christine.Collins@montgomerycountymd.gov

Attorneys for Defendants
101 Monroe Street, Third Floor
Rockville, Maryland 20850
Ph: (240) 777-6700  Fax: (240) 777-6706

Filed: May 22, 2012

3