# Chaifetz & Coyle, P.C.
## Attorneys at Law

Richard I. Chaifetz, Esq.　　　　　　　　　9881 BROKEN LAND PARKWAY
Michael P. Coyle, Esq.　　　　　　　　　　　　　SUITE 300
Alon Nager, Esq.　　　　　　　　　　　　　COLUMBIA, MD 21046
Kenneth Bond, Esq.　　　　　　　　　　　443-546-4608 (TEL)
　　　　　　　　　　　　　　　　　　　　443-546-4621 (FAX)
　　　　　　　　　　　　　　　　　　　Admitted in MD and DC

June 4, 2012

VIA ELECTRONIC MAIL

Clerk's Office
United States District Court
　for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

　　　　　　　　　　　Re:　　*Tony Barnes v. Montgomery County, MD, et. al.*,
　　　　　　　　　　　　　　　Case No. 1:09-cv-2507AW

Dear Clerk:

Enclosed herewith are trial subpoenas for the above-referenced matter scheduled for trial June 12-15, 2012. The case has not yet been assigned to a Magistrate Judge, so I have had to keep the Courtroom blank.

Thank you in advance for your assistance.

　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Michael P. Coyle