FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL -6 A 10: 29

CLERK'S OFFICE
AT GREENBELT

BY  GB  DEPUTY

United States District Court for Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

***Emergency Request***

Dear United States District Court;

    My name is Emil Rothmund, I have been subpoena to testify in a civil action hearing case #09-cv-2507. I received this subpoena July 3, 2012 at 10:45pm. Due to the late notice and burden of expenses I will not be able to attend the case hearing July 11, 2012. My family vacation has been reserved with a non-refundable deposit two months prior to receiving this subpoena. I contacted the plaintiff's attorney on July 5, 2012, he expressed to me that I would need to be present no matter the personal and financial burden. I cordially request that the United States District Court of Maryland excuse me from being present for case #09-cv-2507.

Sincerely,

Emil Rothmund
(301)-646-1450

19822 Wheelwright Dr
Gaithersburg MD 20886