United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

JUL 10 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Re: Civil Action # 09-cv-2507

07/08/2012

To Whom it May Concern:

On July 6, 2012 at approx 10:15pm a process server woke me up and delivered a subpoena reference this case. The subpoena instructs me to be present at the federal courthouse on July 11, 2012 at 9:00am.

I am not sure why Mr. Coyle waited until 5 days before trial to subpoena me, especially when the subpoena is dated June 26, 2012. I am not difficult to get hold of, and I am almost always home every evening by 4:00pm. Regardless of Mr. Coyle's inability to serve me in a timely manner, I unfortunately will be out of town on the date requested. I have had non-refundable plane tickets for this vacation for months now and it would be unduly burdensome and financially impossible for me to be present at the courthouse on July 11.

I respectfully request that the court excuse my presence due to the above facts. Thank You.

Respectfully,

Adam Siegelbaum

CC: Christine Collins
    Associate County Attorney, Montgomery County